# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ROSALIE GRANT,**

    **Plaintiff,**

    v.                           **Case No. 2:20-cv-6456**
                                      **JUDGE EDMUND A. SARGUS, JR.**
                                      **Magistrate Judge Kimberly A. Jolson**

**OHIO DEPARTMENT OF REHABILITATION**
**AND CORRECTIONS, et al.,**

    **Defendants.**

## ORDER

    This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on March 16, 2021. (ECF No. 3). The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reason set forth in the Report and Recommendation, this case is **DISMISSED** for want of prosecution. The Clerk is **DIRECTED** to close this case.

    IT IS SO ORDERED.


**4/5/2021**                                                                            **s/Edmund A. Sargus, Jr.**
**DATE**                                                                                **EDMUND A. SARGUS, JR.**
                                                                                  **UNITED STATES DISTRICT JUDGE**